McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00186 CKD |
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| A VERN SAETEURN, | |
| Defendant. | DATE: October 10, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendant A VERN SAETEURN, both individually and by and through his counsel of record, LINDA PARISI, hereby stipulate as follows:

1.      The Complaint in this case was filed on September 24, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case are pending on September 26, 2018.

2.      The current preliminary hearing date is October 10, 2018.

3.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to October 25, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the

FINDINGS AND ORDER

1

best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 10, 2018, and October 25, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated:  October 5, 2018                                 MCGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ AMANDA BECK
                                                        AMANDA BECK
                                                        Assistant United States Attorney


Dated:  October 5, 2018                                 /s/ LINDA PARISI
                                                        LINDA PARISI
                                                        Counsel for Defendant
                                                        A VERN SAETEURN

1
McGREGOR W. SCOTT
United States Attorney
2
AMANDA BECK
Assistant United States Attorney
3
501 I Street, Suite 10-100
Sacramento, CA 95814
4
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6
Attorneys for Plaintiff
United States of America
7

8

IN THE UNITED STATES DISTRICT COURT
9

EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00186 CKD

12 |                         Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE

13 |          v. | 5.1(d) AND EXCLUDING TIME

14 | A VERN SAETEURN, | DATE: October 10, 2018
TIME: 2:00 p.m.
15 |                Defendant. | COURT: Hon. Deborah Barnes

16

17

18       The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 5, 2018.

20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27       THEREFORE, FOR GOOD CAUSE SHOWN:

28       1.      The date of the preliminary hearing is extended to October 25, 2018, at 2:00 p.m.

FINDINGS AND ORDER           1

1     2.        The time between October 10, 2018, and October 25, 2018, shall be excluded from

2 calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3     3.        Defendants shall appear at that date and time before the Magistrate Judge on duty.

4

5     IT IS SO ORDERED.

6

7 DATED:  OCTOBER 9, 2018

8

9                DEBORAH BARNES

10                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28